No. 90–6076. LANE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6089. BLITSTEIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6096. PEARSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6097. GIBSON-BEY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 90–6114. THORPE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6120. MARYLAND v. HUFFMAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–6124. BRICE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6126. SAMPLE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6135. CATTALO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6138. MARTIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–6144. GUIZAR v. MEYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–6148. GOLDEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6150. FAIR ET VIR v. STEELE ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–6174. BROWN v. SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 90–6184. HARRISON v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 90–6187. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.